IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE EVANS<br>*Plaintiffs,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:22-CV-2508 |
| | § | |
| MARK HERMAN<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | JURY DEMAND |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant Mark Herman ("Defendant") files this Notice of Removal pursuant to 28 U.S.C. § 1441, and would respectfully show as follows:

1. Plaintiff Clarence Evans ("Plaintiff") filed his Original Petition ("the Petition") on June 3, 2022 under Cause No. 2022-33387, in the 157th Judicial District Court of Harris County, Texas. Defendant Mark Herman was served with a copy of Plaintiff's Original Petition on June 29, 20222.

2. Defendant's original notice of removal is being filed within thirty (30) days after service of the Plaintiff's Original Petition on Defendant which alleges a federal cause of action pursuant to 42 U.S.C. § 1983. In his Original Petition, Plaintiff alleges Defendant Mark Herman violated Plaintiff's First Amendment right of free speech with regards to social media posts.

3. Original jurisdiction of this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 28 U.S.C. § 1331. Venue in this Court is proper because Mark Herman is an elected constable of Harris County, Texas, which is located within the Southern District of Texas and the Houston Division thereof.  Removal to this Court is, therefore, proper under 28 U.S.C. §§ 1441(a) and 1331.

The Defendant, Mark Herman, consents to this removal in compliance with 28 U.S.C. §§ 1446(b)(2)(a).

4. Copies of all process and pleadings filed in Cause No. 2022-33387 have been provided to this Court.

5. Written notice of the filing of this Notice is being served on all adverse parties as required by 28 U.S.C. § 1446(d). A true and correct copy of this Notice will be filed with the District Clerk of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Mark Herman respectfully requests that this action be removed to the United States District Court.

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
Texas Bar No. 24088049
Harris County Attorney

By: */s/ Stan Clark*
**STAN CLARK**
Assistant County Attorney
Texas State Bar No. 24062666
Federal Bar No. 3121992
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5117
Stan.clark@harriscountytx.gov

**LAURA HEDGE**
State Bar No. 00790288
Federal ID No. 23243
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5137
Facsimile: (713) 755-8924
Laura.Hedge@harriscountytx.gov

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 28, 2022, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

U.A. Lewis
P.O. Box 27353
Houston, TX 77227
Phone: (713) 570-6555
MyAttorneyAtLaw@gmail.com

              */s/ Stan Clark*
              **STAN CLARK**