United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLARENCE EVANS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-02508 |
| | § | |
| MARK HERMAN, | § | |
| *Defendant*. | § | |

## **ORDER**

On June 26, 2024, the Court conducted a conference on Plaintiff's discovery dispute letter filed on June 24, 2024.[1]  ECF 56; ECF 57.  Defendant filed a response and Plaintiff filed a supplement to the letter prior to the conference.  ECF 58; ECF 59.  Having considered the parties' submissions and representations of counsel at the conference, and as stated on the record, it is

ORDERED that, to the extent the information exists and can be downloaded, Defendant must download and produce to Plaintiff the Harris County Constable Precinct 4 Facebook activity log beginning in 2018 forward as to moderators Umanzor, Moreno, Steward, and Herman.  The production must be made prior to Herman and Steward's scheduled depositions.  It is further

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 6.

ORDERED that Defendant's objections to the subpoena duces tecum issued to the Bill Blackwood Law Enforcement Management Institute of Texas are OVERRULED to the extent stated on the record.  Plaintiff may serve the subpoena.  *See* ECF 58-3.  It is further

ORDERED that the objections to the subpoena duces tecum served on Sgt. Cynthia Umanzor are MOOT.

Signed on June 26, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge